UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC<br><br>Plaintiff(s),<br><br>v.<br><br>BT AMERICAS INC , et al.<br><br><br>Defendant(s). | CASE NO:<br>8:13−cv−00254−CJC−JPR<br><br>**SCHEDULING ORDER** |

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), now ORDERS as follows:

[1]  All discovery, including discovery motions, shall be completed by June 27, 2014 .  Discovery motions must be filed and heard prior to this date.

[2]  The parties shall have until August 29, 2014 to file and have heard all other motions, including motions to join or amend the pleadings.

[3]  A pretrial conference will be held on **Monday, September 29, 2014 at 03:00 PM** .  Full compliance with Local Rule 16 is required.

[4]  The case is set for a **jury trial, Tuesday, October 7, 2014 at 09:00 AM .**

[5] The parties are referred to ADR Procedure No. 3 – Private Mediation.

The parties shall have until July 29, 2014 to conduct settlement proceedings.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: September 11, 2013

_____
Cormac J. Carney
United States District Judge

cc: ADR OFFICE